## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ORIEN DURELL ELLIES** | : | **DOCKET NO. 21-CV-01815** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE MICHAEL J. JUNEAU** |
| **LAFAYETTE CORRECTIONAL CENTER, ET AL** | : | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION

Before the court is the civil rights complaint (rec. doc. 1) filed pursuant to 42 U.S.C. § 1983 by plaintiff Orien Durell Ellies, who is proceeding *pro se* and *in forma pauperis* in this matter.  At the time of filing, Ellies was an inmate in the custody of the Louisiana Department of Public Safety and Corrections, incarcerated at the Lafayette Parish Correctional Center in Lafayette, Louisiana.

### I.       Background

The above-captioned matter was transferred to this Court on June 23, 2021, from the Eastern District of Louisiana.  Rec. Doc. 5.  Since that date, numerous documents have been mailed to the plaintiff at his last known address, the Lafayette Parish Correctional Center, and been returned, undeliverable.  *See* rec. docs. 8, 13, 14, 15.

### II.      Law & Application

Local Rule (LR) 41.3W provides in part, "The failure of a[]... pro se litigant to keep the court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address

and no correction is made to the address for a period of thirty days."  More than thirty days

have elapsed since the court's last correspondence was returned.

### III.    Conclusion

Accordingly,

**IT IS RECOMMENDED** that Ellies' complaint be **DISMISSED** in accordance

with the provisions of and LR41.3W.

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties

aggrieved by this recommendation have fourteen (14) business days from service of this

report and recommendation to file specific, written objections with the Clerk of Court.  A

party may respond to another party's objections within fourteen (14) days after being

served with a copy of any objections or response to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the

proposed legal conclusions reflected in this Report and Recommendation within fourteen

(14) days following the date of its service, or within the time frame authorized by

Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or

the legal conclusions accepted by the District Court, except upon grounds of plain error.

See, *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir.  1996).

THUS  DONE  AND  SIGNED  in Chambers this 13th day of October, 2021.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE