**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ORIEN DURELL ELLIES**           :       **DOCKET NO. 21-CV-01815**
                                            **SECTION P**

**VERSUS**                        :       **JUDGE MICHAEL J. JUNEAU**

**LAFAYETTE CORRECTIONAL**        :       **MAGISTRATE JUDGE HANNA**
**CENTER, ET AL**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DISMISSED** in accordance with the provisions of Local Rule 41.3W.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 28th day of October, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE